AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
v.

**Lazaro Barrera**

YOB: 2001   COB: United States

## CRIMINAL COMPLAINT

Case Number: **M-22-2573-M**

United States District Court
Southern District of Texas
FILED

DEC 3 0 2022

Nathan Ochsner, Clerk

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **December 29, 2022** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)
knowing or in reckless disregard of the fact Eleno Molina-Molina and Juan Carlos Arzate-Gorrosquieta, both citizens and nationals of Mexico, along with three (3) other undocumented aliens, for a total of five (5) who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest near Rio Grande City, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)   FELONY**
I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On December 28, 2022, Border Patrol Agents received intel from concerned citizens at a local hospital in Rio Grande City, Texas that a Chrysler 300 had attempted to pick-up suspected non-citizens on the hospital premises. The concerned citizens indicated that a foot trail was being used to get onto the premises. They also noted that smuggling events had been occurring there for the past two (2) weeks.

On December 29, 2022, at approximately 5:55 a.m., a Border Patrol agent tasked to surveil the area observed several subjects emerge from the brush near the hospital premises. The agent then observed a blue Chrysler 300 approach the group, with the headlights turned off, and five (5) subjects boarded the vehicle. The vehicle continued out toward the Emergency Room parking lot.

At approximately 5:58 a.m., responding agents arrived and located the Chrysler as it was exiting the area. After it passed the agent's location, one (1) subject, later identified as Eleno Molina-Molina, ran from the front passenger's seat of the vehicle. An agent pursued and was able to apprehend Molina who was determined to be illegally present in the United States (U.S.). Agents identified the driver, who was sitting in the driver's seat, as Lazaro Barrera, a U.S. citizen. The four (4) subjects found in the back seat were determined to be illegally present in the U.S. All subjects are arrested and taken to the Rio Grande City Border Patrol station for processing.

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Complaint authorized by AUSA E. Flores

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

December 30, 2022 @ 4:19p
Date

at McAllen, Texas
City and State

/s/ Shakira Singho
Signature of Complainant

Shakira Singho   Border Patrol Agent
Printed Name of Complainant

Juan F. Alanis                , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-22-2573-M

**RE:** **Lazaro Barrera**

**CONTINUATION:**

**PRINCIPAL STATEMENT:**

Lazaro Barrera, a United States citizen, was advised of his Miranda Rights. He stated he understood his rights and agreed to provide a statement.

Barrera stated he was contacted the day prior (December 28, 2022) by an unknown person who offered him an undisclosed amount of money to transport illegal aliens, to which he agreed. He claimed he was instructed to pick up four (4) illegal aliens near a hospital in Starr County. Barrera admitted that he knew what he was doing was illegal. He added he had previously been arrested by the Rio Grande City Police Department for transporting illegal aliens.

**MATERIAL WITNESS STATEMENT 1:**

Eleno Molina-Molina, a citizen and national of Mexico, was advised of his Miranda Rights. He stated he understood his rights and agreed to provide a statement.

Molina stated he crossed the Rio Grande River with four (4) other people and a foot guide who guided them to the vehicle. He said the foot guide instructed them to board the "blue 300" and to run if stopped by law enforcement. Molina added he sat in the front passenger seat of the vehicle and described the driver as a young male.

**MATERIAL WITNESS STATEMENT 2:**

Juan Carlos Arzate-Gorrosquieta, a citizen and national of Mexico, was advised of his Miranda Rights. He stated he understood his rights and agreed to provide a statement.

Arzate stated he crossed the Rio Grande River with four (4) other people and a foot guide who advised them to board a vehicle that would signal them by flashing its lights. Arzate stated he observed a vehicle flash its lights and boarded the rear seat area. He said the driver reached back to open the rear door for them and described the driver as a skinny male.